NUMBER 13-04-00584-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE PIRELLI TIRE, L.L.C. 

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Pirelli Tire, L.L.C., filed a petition for writ of mandamus in the above
cause on November 3, 2004. By order entered that same day, the Court requested
that the real parties in interest file their response, if any, by November 15, 2004. 
         The Court, having examined and fully considered the petition for writ of
mandamus and response thereto, is of the opinion that relator has not shown itself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 3rd day of December, 2004.